## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**WILBERT BROOKINS**

    **Plaintiff,**

vs.                                   **Case No.: 6:24-cv-000949**

**RITE RUG CO.**

    **Defendant.**

___

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, RITE RUG CO., (hereinafter "Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of the removal of the above-styled action filed by Plaintiff, WILBERT BROOKINS (hereinafter "Plaintiff"), from the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, to this Court. Defendant submits the following short and plain statement of the grounds for removal, in accordance with 28 U.S.C. § 1446(a), which shows that removal is proper in this case:

1. On April 30, 2024, Plaintiff filed a Complaint against Defendant in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. The Clerk of that Court assigned Case No: 2024-CA-003788 to this action.

2. Plaintiff served Defendant with a Summons and a copy of the Complaint ("Compliant") on May 6, 2024. (See **Exhibit "A"** hereto).

3. Plaintiff's Complaint purports to set forth four counts against Defendant for alleged violations of the Florida Civil Rights Act and the Americans With Disabilities Act (Comp. ¶¶ 1, 28-65).

4. This Court has original jurisdiction over this action and over civil actions arising under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. §1331. In this case, the Court has original jurisdiction over this action because Plaintiff alleges violations of the Americans with Disabilities Act, a federal act.

5. Therefore, this action is properly removable under 28 U.S.C. § 1331 and § 1441(a), which allows for removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

6. Venue is proper in this Court under 28 U.S.C. § 1391(b), 1441(a), and Local Rule 1.06(a), United States District Court, Middle District of Florida.

7. A complete copy of all pleadings filed in the Circuit Court of the Ninth Judicial Circuit has been filed simultaneously with this Notice of Removal.

8. Contemporaneously with this Notice, Defendant is filing the Notice of Filing Notice of Removal in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. A copy of the Notice of Filing of Removal is attached hereto as **Exhibit "B."**

9. Defendant will respond to the Complaint in this Court in accordance with Rules 8, 12, and 81(c)(2)(C) of the Federal Rules of Civil Procedure.

10. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it has been filed within thirty (30) days after service of the complaint.

WHEREFORE, Defendant respectfully requests that this Court assume jurisdiction over this matter for all further proceedings.

Dated this 23rd day of May, 2024.

Respectfully submitted,

*/s/ Paul L. Sutherland*
Paul L. Sutherland, Esq.

Florida Bar No. 1008093
WILSON MCCOY, P.A.
100 E. Sybelia Ave, Ste. 205
Maitland, Florida 32751
Telephone: (407) 803-5400
Facsimile: (407) 803-4617
psutherland@wilsonmccoylaw.com
pleadings@wilsonmccoylaw.com
rlopez@wilsonmccoylaw.com

**Attorney for the Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all counsel of record.

*s/ Paul L. Sutherland*
Paul L. Sutherland, Esq.
