UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILBERT BROOKINS,

　　　Plaintiff,

vs.

RITE RUG CO.,

　　　Defendant.

Case No.
6:24-cv-949-RMN

ORDER

The Court has been advised by the parties that the above-styled action has been settled. Dkts. 18, 19. Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file.

- 2 -

      **DONE** and **ORDERED** in Orlando, Florida, on March 20, 2025.

                           _____
                              ROBERT M. NORWAY
                           *United States Magistrate Judge*

Copies to:

Counsel of Record