UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILBERT BROOKINS,

    Plaintiff,

vs.

RITE RUG CO,

    Defendant.

Case No.
6:24-cv-949-RMN

## ORDER

This matter is before the Court on the parties' Stipulation of Dismissal, filed March 4, 2025. Dkt. 27. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Genesis Bank Card Services, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending motions, cancel all noticed hearings, and close the file.

So **ORDERED** in Orlando, Florida, on April 10, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record